FLN (Rev. 4/2004) Deficiency Order                                                                                            Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WILLIE KNIGHT

      vs                                   Case No. 3:08cv50/RV/MD

J. WHEELER

_____

## ORDER

Your document, **BRIEF IN OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION (received 4/15/09)**, was referred to the undersigned with the following deficiencies:

    The document does not have a certificate of service signed by the plaintiff showing: (1) that a copy of the document was served upon counsel for defendant, and (2) specifying the date and method of such service. Fed. R. Civ. P. 5; N.D. Fla. Loc. R. 5.1(D).

    The document does not have proper side margins of one and one-fourth inches, or a proper bottom margin of at least two inches. N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected, **but no later than May 15, 2009.**

DONE and ORDERED this 20th day of April, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**