**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**WILLIE KNIGHT, III,**
    Plaintiff,

vs.                                                    **CASE NO.: 3:08cv50RV/MD**

**J. WHEELER,**
    Defendant.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 5, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant Wheeler's motion for summary judgment (doc. 42) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a. Summary judgment is GRANTED in favor of defendant Wheeler on plaintiff's claim that defendant Wheeler violated the Eighth Amendment by orchestrating, or failing to protect plaintiff from, a substantial risk of assault by inmate McKenzie.

    b. Summary judgment is DENIED on plaintiff's claim that defendant Wheeler violated the Eighth Amendment by using excessive force on him.

3. This matter is referred to the magistrate judge for further pre-trial proceedings on plaintiff's Eighth Amendment excessive force claim and state law battery claim.

DONE AND ORDERED this 6th day of November, 2009.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE